

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255
www.clayro.com

Isabelle A. Kirshner
Partner
kirshner@clayro.com

February 5, 2013

Hon. Raymond Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201
BY ECF

Re: <u>United States v. Aaron Glucksman</u>
12-667 (RJD)

Dear Judge Dearie:

We are the attorneys for Aaron Glucksman, the above named defendant. On October 26, 2010, Mr. Glucksman was arraigned and released on an unsecured Personal Recognizance Bond, which contained travel restrictions to the Eastern and Southern Districts of New York, and the District of New Jersey. I am writing to request permission for Mr. Glucksman to attend a bar mitzvah in Providence, RI. If permission is granted, Mr. Glucksman intends to leave for Providence on February 21 and return to New York on February 23, 2013.

While in Providence, Mr. Glucksman will be staying with Moshe and Shoshana Golden, 220 Rochambeau Avenue, Providence, RI 02906.

I have spoken with Michael Canty, the AUSA assigned to this matter, as well as Robert Long, Mr. Glucksman's Pre-Trial Services Officer, and neither have an objection to this request.

Very truly yours,

ISABELLE A. KIRSHNER

cc: Robert Long (By email)
AUSA Michael Canty