August 1, 2013

By ECF
Hon. Raymond Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

       Re:      <u>United States v. Aaron Glucksman</u>
                  12 Cr. 667 (RJD)

Dear Judge Dearie:

      We are the attorneys for Aaron Glucksman, the above named defendant. On October 26, 2010, Mr. Glucksman was arraigned and released on an unsecured Personal Recognizance Bond, which contained travel restrictions to the Eastern and Southern Districts of New York, and the District of New Jersey. I am writing to request permission for Mr. Glucksman to visit his daughter at her camp in Honesdale, PA on Sunday, August 4, 2013 and Monday, August 19, 2013. If permission is granted, on both days Mr. Glucksman will depart for Camp Raninu, located in Honesdale, PA at 9:00 am and depart in the evening, returning to New York by the end of the day.

      Our office has conferred with Michael Canty, the AUSA assigned to this matter, as well as Mr. Glucksman's Pretrial Services Officer, Mr. Robert Long; neither individual has any objection to this request.

      Thank you in advance for your assistance with this matter.

                                                           Very truly yours,
                                                              /s/
                                                            AMANDA J. MARZULLO

cc:      AUSA Michael Canty (by email)
         Robert Long (by email)