BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR SENTENCE

DATE:  MARCH 24, 2014  FROM 11:00AM TO 11:30AM

**DOCKET NUMBER:**   CR 12-667(S-1)-02  (RJD)

U.S.A.  -v-   AARON GLUCKSMAN (ON BOND)
             COUNSEL:  ISABELLE A. KIRSHNER (RETAINED)

AUSA:  MICHAEL CANTY

COURTREPORTER:  GENE RUDOLPH

X     CASE CALLED FOR SENTENCE.

X     COURT FINDS THAT THE PLEA OF GUILTY TAKEN BEFORE MAGISTRATE JUDGE AZRACK ON 5/23/13 WAS DONE KNOWINGLY & WILLFULLY AND FORMALLY ACCEPTS THE PLEA OF GUILTY TO COUNT ONE(1) OF THE FIVE COUNT SUPERSEDING INDICTMENT.

X     DEFENDANT SENTENCED AS FOLLOWS:
      DEFENDANT IS HEREBY COMMITTED TO THE CUSTODY OF THE UNITED STATES BUREAU OF PRISONS TO BE IMPRISONED FOR A TOTAL TERM OF:  **THIRTY-SIX(36) MONTHS.**
      IF CONSISTENT WITH THE BUREAU OF PRISONS POLICIES, PRACTICES AND GUIDELINES, THE COURT RECOMMENDS DESIGNATION TO AN INSTITUTION IN THE NEW YORK METROPOLITAN AREA FOR FAMILY CONTACT/VISITATION REASONS.  THE COURT FURTHER RECOMMENDS DESIGNATION TO FCI OTISVILLE.

X     DEFENDANT SHALL **SURRENDER** FOR SERVICE OF SENTENCE AT THE INSTITUTION DESIGNATED BY THE BUREAU OF PRISONS BEFORE **2:00PM ON JUNE 30, 2014**

X     UPON RELEASE FROM IMPRISONMENT, THE DEFENDANT SHALL BE ON SUPERVISED RELEASE FOR A TERM OF **THREE(3) YEARS.**
      SPECIAL CONDITIONS OF SUPERVISED RELEASE:
      1) 250 HOURS OF COMMUNITY SERVICE DURING THE SUPERVISED RELEASE TERM, AS DIRECTED AND APPROVED BY THE COURT THROUGH THE OFFICE OF THE PROBATION DEPARTMENT;
      2) RESTITUTION IN THE AMOUNT OF $792,973.03 DUE IMMEDIATELY AND PAYABLE AT A RATE OF $25.00 PER QUARTER WHILE IN

      CUSTODY, AND AT A RATE OF 10% OF GROSS INCOME PER MONTH
      WHILE ON SUPERVISED RELEASE, WITH INTEREST PAYMENT TO
      BE WAIVED;
3) DEFENDANT SHALL COMPLY WITH THE ORDER OF RESTITUTION;
4) DEFENDANT SHALL MAKE FULL FINANCIAL DISCLOSURE AS AND
    WHEN DIRECTED BY THE COURT THROUGH THE OFFICE OF THE
    PROBATION DEPARTMENT.

X    FINAL ORDER OF FORFEITURE SIGNED AND ATTACHED TO
     JUDGMENT & COMMITMENT ORDER.

X    $100 SPECIAL ASSESSMENT

X    ALL OPEN COUNTS DISMISSED UPON THE MOTION OF GOVERNMENT.

X    DEFENDANT IS ADVISED OF HIS RIGHT TO APPEAL.